**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Carolyn Gallant

**V.** **CA 08-52S**

**Town of Tiverton, et al**

**ORDER**

**This case is hereby transferred to Chief Judge Mary M. Lisi as it is related to CA No. 07-339ML.**

**SO ORDERED:**

WSm

**William E. Smith**
**United States District Judge**
**June 9 , 2008**