UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROLYN GALLANT,<br><br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL; W. GLENN STECKMAN, III, TOWN ADMINISTRATOR; THOMAS BLAKEY, CHIEF OF POLICE<br><br>*Defendants.* | C.A. No. 08-52ML |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq., hereby enter my appearance in this matter on behalf of Defendants, Town of Tiverton, James Amarantes, Treasurer, Louise Durfee, President of Town Council and Thomas Blakey, Chief of Police.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on July 3, 2008 and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system.

stephenfanning@msn.com

*/s/ Marc DeSisto*

Marc DeSisto