**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Carolyn Gallant | C.A. 08-52ML |
| Linda Hancock | C.A. 08-53ML |
| Lisa Leonardo | C.A. 08-200ML |

V.

Town of Tiverton, et al

**ORDER**

The above cases are related and are therefore consolidated for pretrial and discovery purposes with CA 08-52ML being designated as the lead case.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 22 , 2008